# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
August 27, 2019

In re:
Jeno Shin

Heejung Shin
Debtor*

Case Number: 19–21446 jjt
Chapter: 7

## DEFICIENCY NOTICE REGARDING AMENDED SCHEDULES AND/OR STATEMENTS

The amendment to schedule(s) and/or statement(s) filed on August 27, 2019 is deficient and will not be processed for the following reason(s):

☐ Amendment does not identify what creditors are being added to the case.

☐ Amendment does not specify what schedule is being amended (A/B,C,D,E/F,G,H,I or J).

☒ Certification of Service is not attached for amended Schedule D or E/F.

☐ Amendment is not signed by the debtor(s).

☐ The attached PDF is incorrect and/or unreadable.

☐ Amendment includes the addition of creditors to Schedules D and/or E/F. Please submit an amended list of creditors listing only the added creditors.

☐ Outdated forms submitted.

☒ Other:Re: Certification of Service has to indicate that the 341 notice was sent to the added creditors.

Please correct and refile the amendment as a **"Corrected Amendment"** with the clerk's office within seven (7) days from the date of this notice. The amendment will not be processed if this deficiency is not cured.The amendment may be disallowed and/or stricken from the record.

**Note:** Moving parties without an attorney have an additional three (3) days to correct and submit a "Corrected Amendment" in compliance with the Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

To electronically refile the amendment, please use event "Corrected Amendment" under the miscellaneous category.

Dated: August 27, 2019

BY THE COURT

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov

Form 145 – kt

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.